■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIDAL M. WHITLEY, Appellant. [998 NYS2d 129]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered August 23, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Lindley and DeJoseph, JJ.